UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ETHAN LUCAS ADAMS                                         CASE NO: 20-70269

DEBTOR(S)                                                 CHAPTER 13

ORDER TO MODIFY

The above-styled cause having come before the court pursuant to notice on the Motion to Modify Confirmed Plan filed by the Debtor, and the Court having reviewed the record, and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion of the Debtor is hereby GRANTED;

2. The Debtors bankruptcy payments for the months of September, October and November 2020 are hereby waived;

3. The Debtors new bankruptcy payment will remain the same for the remainder of the bankruptcy;

4. The next bankruptcy payment will be due December 26, 2020;

5. The Debtors shall be deemed current as of December 25, 2020.

COPIES TO:

Hon. Beverly Burden

Hon. James P. Bowling

And all creditors

Pursuant to Local Rule 9022-1(c), **James P. Bowling,** shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a) and shall file with the court a certificate of service of the order upon such parties within 10 days hereof.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Monday, October 26, 2020
(grs)