UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

IN RE:

ETHAN LUCAS ADAMS                                    CASE NO: 20-70269

DEBTOR(S)                                            CHAPTER 13

ORDER TO MODIFY

The above-styled cause having come before the court pursuant to notice on the Motion to Modify Confirmed Plan filed by the Debtor(s), and the Court having reviewed the record, and being otherwise sufficiently advised:

IT IS HEREBY ORDERED AS FOLLOWS:

1. The Motion of the Debtor is hereby GRANTED;

2. The Debtors hereby surrender the 2019 Kia Soul (VIN KNDJN2A25K7686614) (Lien Number 1900034) to Creditor, Consumer Portfolio Recovery;

3. The Debtors new bankruptcy payment will decrease to $150.00 per month for the remainder of the bankruptcy;

4. Creditor, Consumer Portfolio Recovery shall have sixty (60) days from the date of this signed order to procure the vehicle and title said vehicle in its name.

5. The Debtor(s) will fully cooperate with Creditor to procure the vehicle.

6. If Creditor fails to procure the vehicle and title said vehicle in its name within the timeframe above, then said Creditor(s) shall immediately remove the lien from the vehicle.

7. Upon failure of the Creditor to do such, Debtors may take this order to the County Clerk's

      office to have the lien removed.

8. Upon failure of the Creditor to do such, Debtors may take this order to the County Clerk's office to have the lien removed, and said County Clerk is ordered to remove said lien.

9. The Debtors' shall have no liability as to the surrendered vehicle or the deficiency balance on the vehicle once surrendered.

10. The next bankruptcy payment will be due March 26, 2020;

11. The Debtors shall be deemed current as of March 25, 2020.

COPIES TO:

Hon. Beverly Burden

Hon. James P. Bowling

And all creditors

Pursuant to Local Rule 9022-1(c), **James P. Bowling,** shall cause a copy of this order to be served on each of the parties designated to receive this order pursuant to Local Rule 9022-1(a)  and shall file with the court a certificate of service of the order upon such parties within 10 days  hereof.

12.

___

**The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.**



Signed By:
*Gregory R. Schaaf*
**Bankruptcy Judge**
Dated: Tuesday, April 13, 2021
(grs)